UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
MALIBU MEDIA, LLC,                                               :
                                                                 :  Case No. 7:18-cv-03267-KMK
                                    Plaintiff,                   :
v.                                                               :
                                                                 :
MICHAEL ONG,                                                     :
                                                                 :
                                    Defendant.                   :
---------------------------------------------------------------- X

### PLAINTIFF'S, MALIBU MEDIA, LLC, STATEMENT OF DAMAGES

1. Principal Amount sued for………………………………$28,500.00

2. Costs and Disbursements:

    - Clerk's fee……………………………………………..$50.00

    - Process Server fee for service……………………….$246.50

    - Fees to Third-Party for Subpoena Response……………$80.00

    - Statutory fee…………………………………………$350.00

3. Total (as of January 8, 2019)…………………………$29,226.50

4. Affixed as Exhibits hereto:

    - A- Summons

    - B- Amended Complaint

    - C- Proof of Service

January 8, 2019

Respectfully submitted,

By: /s/ *Kevin T. Conway*
Kevin T. Conway, Esq. (KC-3347)
80 Red Schoolhouse Road, Suite 110

Spring Valley, New York 10977
T: 845-352-0206
F: 845-352-0481
E-mail: ktcmalibu@gmail.com
*Attorney for Plaintiff*