UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
MALIBU MEDIA, LLC, :
: Case No. 7:18-cv-03267-KMK
Plaintiff, :
v. :
:
MICHAEL ONG, :
:
Defendant. :
------------------------------------------------------------ X

## PLAINTIFF'S, MALIBU MEDIA, LLC, STATEMENT OF DAMAGES

1. Principal Amount sued for……………………………….$28,500.00

2. Costs and Disbursements:

    - Clerk's fee……………………………………………..$50.00

    - Process Server fee for service……………………………$246.50

    - Fees to Third-Party for Subpoena Response……………..$80.00

    - Statutory fee……………………………………………$350.00

3. Total (as of April 8, 2019)……………………………….$29,226.50

                        Respectfully submitted,
                By:     /s/ Kevin T. Conway
                        Kevin T. Conway, Esq. (KC-3347)
                        80 Red Schoolhouse Road, Suite 110
                        Spring Valley, New York 10977
                        Tel: 845-352-0206
                        Fax: 845-352-0481
                        Email: kconway@ktclaw.com